IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LISA TYSON,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CIVIL ACTION NO.: 5:24-cv-34 |

**O R D E R**

Plaintiff filed her Complaint on May 10, 2024.  Doc. 1.  Plaintiff's counsel filed an executed summons as proof of service on the United States Department of Agriculture-Office of General Counsel on June 3, 2024, showing the summons was served on May 22, 2024.  Doc. 8.  Despite the length of time this case has been pending, there is no record of an answer or other responsive pleading being filed.  Thus, the Court **ORDERS** Plaintiff to provide an update on the status of this cause of action **on or before December 10, 2024**.[1]

**SO ORDERED**, this 3rd day of December, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Should Defendant file its Answer or other responsive pleading on or before December 10, 2024, the parties are to submit their Rule 26(f) report within seven days of any such filing.